UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:                                      CASE NO. 10-10393-GVL1
                                            CHAPTER 13
KEVIN T. KNOTT

_____Debtor(s)_____/

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
### OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: GMAC D/B/A DITECH MORTGAGE which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 422812 in the amount of 213.17 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

>  /s/Leigh D. Hart or
>  /s/William J. Miller, Jr.
>  OFFICE OF THE CHAPTER 13 TRUSTEE
>  POST OFFICE BOX 646
>  TALLAHASSEE, FL 32302
>  ldhecf@earthlink.net
>  (850) 681-2734 "Telephone"
>  (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| KEVIN T. KNOTT<br>2651 SE 114TH. AVENUE<br>MORRISTON, FL 32668 | GMAC D/B/A DITECH MORTGAGE<br>ATTN: CUSTOMER CARE<br>P.O. BOX 1330<br>WATERLOO, IA 50704-1330 |

AND

GEORGE RICHARD CHAMBERLIN
39 NORTH MAIN STREET
P.O. BOX 130
WILLISTON, FL 32696

on the same date as reflected on the Court's docket as the electronic filing date for this document.

>  /s/Leigh D. Hart or
>  /s/William J. Miller, Jr.
>  OFFICE OF CHAPTER 13 TRUSTEE

10/28/2011  1:08 pm / CR_213