**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

IN RE:  CASE NO. 10-10393-GVL1
                                              CHAPTER 13
KEVIN T. KNOTT

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: GMAC D/B/A DITECH MORTGAGE which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 424547 in the amount of 217.62 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

        /s/Leigh D. Hart or
        /s/William J. Miller, Jr.
           OFFICE OF THE CHAPTER 13 TRUSTEE
           POST OFFICE BOX 646
           TALLAHASSEE, FL 32302
           ldhecf@earthlink.net
           (850) 681-2734 "Telephone"
           (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| KEVIN T. KNOTT<br>2651 SE 114TH. AVENUE<br>MORRISTON, FL 32668 | GMAC D/B/A DITECH MORTGAGE<br>ATTN: CUSTOMER CARE<br>P.O. BOX 1330<br>WATERLOO, IA 50704-1330 |

AND

GEORGE RICHARD CHAMBERLIN
39 NORTH MAIN STREET
P.O. BOX 130
WILLISTON, FL 32696

on the same date as reflected on the Court's docket as the electronic filing date for this document.

        /s/Leigh D. Hart or
        /s/William J. Miller, Jr.
11/29/2011  2:00 pm / CR_213      OFFICE OF CHAPTER 13 TRUSTEE